# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS THAT OWN OR OPERATE WWW.FILTER-BELVITA.COM,<br><br>Defendants. | Civil Action No. 2:23-cv-118<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING WHIRLPOOL CORPORATION'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE AND FOR EXTENSION OF TIME TO SERVE

Before the Court is Whirlpool Corporation's Motion for Leave to Effect Alternative Service and For Extension of Time to Serve. The Court, having considered same, is of the opinion the motion should be GRANTED.